FILED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

2025 MAY 14  P 2: 27

Arnique L. Moore,
5808 Ottawa Street
Oxon Hill, MD 20745

Plaintiff,

v.                    Civil Action No. 1:25 CV 832

Washington Metropolitan Area Transit Authority (WMATA),
300 7th Street SW
Washington, DC 20024

Defendant.

COMPLAINT

Plaintiff, Arnique L. Moore, for her Complaint against Defendant WMATA, states as follows:

I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.
2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because the unlawful employment practices occurred within this district, and the Defendant conducts business within this district.

II. PARTIES

3. Plaintiff Arnique L. Moore is a resident of Prince George's County, Maryland, and at all times relevant, was employed by Defendant as a Bus Operator.
4. Defendant Washington Metropolitan Area Transit Authority (WMATA) is a regional transportation agency with offices at 300 7th Street SW, Washington, DC 20024, and

operates throughout the Northern Virginia region including Alexandria, Falls Church, and Lorton.

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

5. Plaintiff timely filed a Charge of Discrimination (EEOC Charge No. 570-2025-00940) with the U.S. Equal Employment Opportunity Commission, alleging discrimination based on sex and retaliation.
6. Plaintiff received a Notice of Right to Sue from the EEOC and is filing this action within 90 days of receipt of that notice.

## IV. FACTUAL ALLEGATIONS

7. Plaintiff began employment with WMATA on or about August 18, 2013, as a Bus Operator.
8. On or about November 21, 2024, Plaintiff experienced mechanical issues with her assigned bus. She contacted WMATA's call center and spoke with a Specialist (Specialist 25), who directed her to stop and wait at the reported location.
9. During this call, the Specialist used inappropriate and discriminatory language, referring to Plaintiff with the "B" word.
10. Plaintiff promptly reported the incident and filed a formal complaint that same day.
11. Following her complaint, Plaintiff was subjected to retaliatory conduct. Another specialist, Mr. Mustafa (last name unknown), threatened to subject Plaintiff to a drug test if she refused to operate the bus, despite having been told by Specialist 25 to wait.
12. These actions were in direct violation of WMATA's internal protocols, and were used to intimidate and retaliate against Plaintiff for engaging in protected activity.
13. Plaintiff's complaint was not properly investigated or resolved within the required time frame. As of the filing of this Complaint, she has not received any results or follow-up regarding her formal report.
14. Plaintiff believes that the discriminatory conduct was based on her sex (female) and that she was retaliated against for reporting such conduct, in violation of Title VII.

## V. CLAIMS FOR RELIEF

Count I – Sex Discrimination in Violation of Title VII

15. Plaintiff incorporates by reference the allegations set forth in paragraphs 1 through 14.
16. Defendant discriminated against Plaintiff on the basis of her sex (female), subjecting her to derogatory and demeaning language by supervisory staff.

Count II – Retaliation in Violation of Title VII

17. Plaintiff engaged in protected activity by filing a complaint regarding workplace misconduct.

18. As a result, she was subjected to retaliatory threats and pressure from other employees, in an effort to coerce or punish her for reporting misconduct.

19. Defendant failed to protect Plaintiff from such retaliation or take meaningful corrective action.

VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Declare that the actions of Defendant violated Title VII of the Civil Rights Act;
B. Award Plaintiff compensatory damages for emotional distress and mental anguish;
C. Award back pay and any lost benefits or front pay, as applicable;
D. Order injunctive relief requiring WMATA to implement anti-discrimination and anti-retaliation training and procedures;
E. Award the costs of this action and any other relief the Court deems just and proper.

Respectfully submitted,

*Arnique L. Moore*
Arnique L. Moore
5808 Ottawa Street
Oxon Hill, MD 20745
(202) 369-2767

Date: 05/14/2025